No. 10–10101.  McKAUGHAN v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 10–10102.  PERKINS v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 10–10109.  McNEAL v. ADAMS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10110.  McCUNE v. McCUNE.  Ct. App. Ariz.  Certiorari denied.

No. 10–10111.  TUCKER v. LACLAIRE, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 10–10112.  WADE v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 10–10121.  SALINAS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10122.  RAMIREZ v. TEXAS.  Ct. App. Tex., 1st Dist. Certiorari denied.

No. 10–10124.  ROCHA v. COFFEE CREEK CORRECTIONAL FACILITY ADMINISTRATION ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–10125.  ROBINSON v. HOUSTON ET AL.  C. A. 1st Cir. Certiorari denied.

No. 10–10137.  REID v. OHIO.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 10–10142.  ROSE v. UTAH ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–10143.  RHODES v. KNOWLES, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10147.  CROCK v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 10–10153.  WILLIAMS v. MARTEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.